NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DERRICK KENO,                          )
a/k/a DERRICK DEVON KENO, JR.,         )
                                       )
          Appellant,                   )
                                       )
v.                                     )      Case No. 2D18-1230
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed August 28, 2019.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug and Debra Johnes
Riva, Judges.

Howard L. Dimmig, II, Public Defender, and
Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Derrick Keno, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.